UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 23-47342

REGINA D. WALKER,  Chapter 13

            Debtor.  Judge Thomas J. Tucker
_____/

## ORDER DISMISSING CASE

On May 18, 2023, the Debtor, through her attorney Stephen D. Parker, filed a voluntary petition for relief under Chapter 13, commencing Case No. 23-44556. On June 21, 2023, the Court entered an Order dismissing that case. (Docket # 21 in Case No. 23-44556, the "Dismissal Order"). The Dismissal Order stated further: "The Debtor is barred from filing any new case under the Bankruptcy Code, and the Clerk is directed not to accept for filing any further bankruptcy petition(s) by or on behalf of the Debtor, unless and until the Debtor first pays in full the $313.00 filing fee for this case." (*Id.*)

Despite this, on August 22, 2023, the Debtor, through her same attorney, Stephen D. Parker, filed a voluntary petition for relief under Chapter 13, commencing this new case. Because the Debtor had not first paid the overdue filing fee for Case No. 23-44556, the Debtor's filing of this case was in violation of the bar in the Dismissal Order. For this reason,

IT IS ORDERED that this case is dismissed.

**Signed on August 23, 2023**



/s/ Thomas J. Tucker
_____
Thomas J. Tucker
United States Bankruptcy Judge